UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY M. HAYWARD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | No. 2:23–cv–002197-CKD SS<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

   Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

   2.   The Clerk of Court is directed to issue a summons for this case;

   3.   In keeping with the court's new e-service procedure for Social Security cases,[2]

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows. Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

Dated: October 6, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/hayward2197.ss.ifp.e-service